IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MILDRED BUNISKI, Surviving Spouse   *
of Henry Buniski, Deceased               *
                                          *
    Plaintiff                       *
                                          *
vs.                                 *  Civil Action No.   AMD 98-3402
                                          *
WILLIAM S. BREMER, M.D., et al.     *
                                          *
    Defendants                 *
                                          *

* * * * * * * * * *

### Order

Having reviewed the consent request for an extension in the deadline for defense naming of experts, it is this _22_ day of _Sept_, 1999 that the deadline for Defense Naming of Experts will be moved from October 6, 1999 to November 6, 1999.

_____
Andre M. Davis
United States District Judge

cc:

Wendy L. Shiff
Israelson, Salsbury, Clements
& Bekman, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, MD 21201

S. Allen Adelman
Godard, West & Adelman
Suite 310
200-A Monroe Street
Rockville, MD 20850
(301) 340-1140




David R. Thompson
Cowdrey, Thompson & Karsten, P.A.
130 N. Washington Street
Easton, MD 21601
(410) 822-6800

William B. Whiteford
Whiteford, Taylor & Preston, LLP
Seven St. Paul Street
Baltimore, MD 21202-1626
(410) 347-8700

James T. Wharton, #01004
Linda G. Wales #25483
Wharton Levin Ehrmantraut
Klein & Nash
104 West Street
Annapolis, MD 21404-0551
(410) 263-5900