UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 23, 2000

MEMORANDUM TO COUNSEL RE:   Buniski v. The Memorial Hospital at Easton, MD, Inc.
Case No. AMD 98-3402

Please submit a joint status report in this case on or before June 9, 2000.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

André M. Davis
United States District Judge

AMD:tt
cc: Court file

