FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MILDRED BUNISKI, Surviving Spouse of Henry Buniski, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> William S. Bremer, M.D., et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. AMD 98-3402 <br> * <br> * <br> * <br> * <br> * * * * * * * * * |

## LINE OF DISMISSAL

Clerk:

Please dismiss the above-captioned action with prejudice.

_Wendy L. Shiff_
Wendy L. Shiff, Esquire
Israelson, Salsbury, Clements
& Bekman, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, MD 21201

_Linda G. Wales/jfs_
Linda G. Wales
Wharton Levin Ehrmantraut Klein
& Nash
104 West Street
Annapolis, MD 21403
(410) 263-5900

11/22/2000
APPROVED
_[signature]_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2000, a copy of the foregoing was mailed first class, postage pre-paid to:

Wendy L. Shiff, Esquire
Israelson, Salsbury, Clements
& Bekman, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, MD 21201

Linda G. Wales